**FILED**
**U.S. District Court**
**District of Kansas**
06/10/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

FREDERICK CHEYENNE PARROTT,

      **Plaintiff,**

      v.                                 **CASE NO.  26-3110-JWL**

KANSAS PRISONER PAROLE BOARD, et al.,

      **Defendants.**

**MEMORANDUM AND ORDER**

This is a pro se civil action brought by Plaintiff Frederick Cheyenne Parrott, who is currently incarcerated at Hutchinson Correctional Facility in Hutchinson, Kansas. It began on April 30, 2026, when Plaintiff filed his complaint (Doc. 1) and a motion for leave to proceed in forma pauperis (Doc. 2). Because Plaintiff failed to submit the financial information statutorily required to support his motion for leave to proceed in forma pauperis, the Court issued a notice of deficiency ("NOD") directing Plaintiff to do so on or before June 1, 2026 "or this action may be dismissed without prejudice and without further notice." (Doc. 2, p. 1-2.) A copy of the NOD was mailed to Plaintiff at his address of record on May 1, 2026.

Plaintiff has filed nothing further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has failed to comply with the NOD and has failed to file anything further in this matter, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

1

2

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order. The motion for leave to proceed in forma pauperis (**Doc. 2**) is therefore **denied as moot.**

**IT IS SO ORDERED**.

Dated on this 10th day of June, 2026, in Kansas City, Kansas.

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge